ACCEPTED
03-15-00496-CV
7661158
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/3/2015 1:58:24 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00496-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/3/2015 1:58:24 PM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS

FOR THE

THIRD COURT OF APPEALS DISTRICT OF TEXAS

_____

**STEVEN ALBRIGHT AND RHONDA ALBRIGHT, APPELLANTS,**

**— VERSUS—**

**RHEA & SONS ENTERPRISES, INC. D/B/A RHEA PLUMBING, APPELLEE.**

_____

FROM THE DISTRICT COURT OF LLANO COUNTY, 424TH JUDICIAL DISTRICT, HONORABLE EVAN STUBBS, CAUSE NO. 17573A

_____

**APPELLANTS' UNOPPOSED MOTION TO SEAL A PORTION OF THE CLERK'S RECORD**

_____

**G. Eric De Leon**
(eric@deleonlawoffice.com)
State Bar No. 24045763
**Law Office of G. Eric De Leon, PLLC**
8700 Crownhill Blvd., Ste. #201
San Antonio, Texas 78209
Phone: (210) 684-4433
Fax:  (210) 247-9631

November 3, 2015          Attorney for Appellants Steven & Rhonda Albright

1

**TO THE HONORABLE COURT OF APPEALS:**

Steven and Rhonda Albright (collectively "Albrights") file this Unopposed Motion to Seal a Portion of the Clerk's Record. The Albrights would respectfully show the following:

### I.    Argument

This Appeal involves a dispute between the Appellant homeowners, Steven and Rhonda Albright and the plumbing subcontractor who performed work on their home, Rhea & Sons Enterprises d/b/a Rhea Plumbing ("Rhea Plumbing" or "Appellee"). The Appellants previously also asserted claims against the individuals and entities who built their home ("General Contractor Defendants"). The Appellants' and General Contract Defendants settled their disputes, via Settlement Agreement, on or about April 10, 2013. The Settlement Agreement between Appellants and the General Contractor Defendants states that the terms are to remain "confidential."

As part of this appeal, the Clerk's Record was filed on September 4, 2015. Included in the Clerk's record, at pages CR 190-192, is a copy of the Appellant's Settlement Agreement with the General Contractor Defendants. To comply with the terms of the Agreement, Appellants' respectfully request that pages CR 190-192 of the Clerk's Record be sealed. Appellant also requests that the above

referenced pages be immediately sealed pending determination of this Motion by this Court.

This request to seal the above portion of the Clerk's record is being made in order to prevent unauthorized disclosure to the general public. Appellant requests that both Appellant and Appellee be allowed to cite, refer to, and quote from the sealed pages, as needed in support of their respective arguments.

## II. Certificate of Conference

Pursuant to Texas Rule of Appellant Procedure 10.1(a)(5), Counsel for Albrights, Mr. G. Eric De Leon conferred with opposing counsel, who does not oppose this request to seal pages 190-192 of the Clerk's Record in this case.

## III. Conclusion and request for Relief

Appellant prays that the Court grant this Motion to Seal a portion of the Clerk's Record and for such other relief to which Appellants may be entitled.

Respectfully submitted,

LAW OFFICES OF G. ERIC DE LEON, PLLC
8700 Crownhill Blvd., Suite 201
San Antonio, Texas 78209
Telephone:  (210) 684-4433
Facsimile:   (210) 247-9631
E-mail:       eric@deleonlawoffice.com


   /s/ G. Eric De Leon
Gilbert Eric De Leon
State Bar No. 24045763

Attorney for Appellants


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court and served on opposing counsel of record identified below on November 3, 2015.


Bret Sanders
bsanders@feesmith.com
Jeffrey Boyd
jboyd@feesmith.com
Fee, Smith, Sharp, Vitullo LLP
816 Congress Avenue, Suite 1265
Austin, Texas 78701
Phone: (512) 479-8400
Fax:    (512) 479-8402

Attorneys for Appellee Rhea Plumbing


   /s/ G. Eric De Leon
Gilbert Eric De Leon